**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| In re: | : | |
|---|---|---|
| | : | |
| WANAMAKER GROUP, LLC | : | Case No. 26-00376-ELG |
| KCG MD, LLC | : | Case No. 26-00377-ELG |
| KCG VA, LLC, | : | Case No. 26-00378-ELG |
| KARMA HOME DESIGNS, LLC | : | Case No. 26-00379-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Jointly Administered under |
| | : | Case No. 26-00376-ELG |

**NOTICE OF HEARING ON MOTION OF CREDITORS KIMBERLY LIN AND CHI MING PUN FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that Creditors Kimberly Lin and Chi Ming Pun have filed a Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)–(f) to Permit the Superior Court of the District of Columbia to Proceed with and Conclude the Pending Contempt and Show-Cause Proceeding (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **August 19, 2026, at 9:30 a.m.** before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information), this date and time having been selected from the hearing dates self-calendared for Motions for Relief from Stay before this Court.

If you object to the relief requested in the Motion, you must file a written objection with the Clerk of the Bankruptcy Court and serve a copy on the undersigned in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, and you should plan to appear at the hearing. If you do not file a timely objection, the Court may grant the Motion without further notice or a hearing.

Respectfully submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro, Bar No. 184515
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003
(202) 452-9865
tmauro@tmaurolaw.com
Counsel for Kimberly Lin and Chi Ming Pun

### CERTIFICATE OF SERVICE

I certify that on July 27, 2026, a copy of the foregoing, together with the Motion, was served (i) electronically via the Court's CM/ECF system upon all parties receiving electronic notice, and (ii) by first-class mail upon the Debtors, proposed counsel for the Debtors, and the Office of the United States Trustee, in accordance with Local Bankruptcy Rule 4001-1(d) and the Clerk's notice that motions for relief from stay may not be served solely through the CM/ECF notification system.

/s/ Thomas A. Mauro
Thomas A. Mauro