**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| In re: | : | |
|---|---|---|
| | : | |
| WANAMAKER GROUP, LLC | : | Case No. 26-00376-ELG |
| KCG MD, LLC | : | Case No. 26-00377-ELG |
| KCG VA, LLC, | : | Case No. 26-00378-ELG |
| KARMA HOME DESIGNS, LLC | : | Case No. 26-00379-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Jointly Administered under |
| | : | Case No. 26-00376-ELG |
| | : | Judge Elizabeth L. Gunn |

**[PROPOSED] ORDER GRANTING MOTION OF CREDITORS KIMBERLY LIN
AND CHI MING PUN FOR RELIEF FROM THE AUTOMATIC STAY, AND
<u>RESERVING JUDGMENT ON RECEIVERSHIP</u>**

---

Thomas A. Mauro, Esq., D.C. Bar No. 184515 | Mauro Law Offices, P.C. | 700 Pennsylvania Avenue, S.E., Suite 200, Washington, D.C. 20003 | (202) 452-9865 | tmauro@tmaurolaw.com | Counsel for Kimberly Lin and Chi Ming Pun

Upon consideration of the Motion of Creditors Kimberly Lin and Chi Ming Pun for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)–(f) to Permit the Superior Court of the District of Columbia to Proceed with and Conclude the Pending Contempt and Show-Cause Proceeding [Doc. No. ___] (the "Motion"), any response thereto, and the record before the Court, and good cause appearing, it is by the United States Bankruptcy Court for the District of Columbia:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit the Superior Court of the District of Columbia to proceed with and conclude the contempt and show-cause proceeding pending in *Lin, et al. v. Karma Construction Group, LLC, et al.*, No. 2018 CA 008454 B, including entry of a ruling on the Motion for Writ of Execution, Turnover Order, Order to Show Cause, and Accounting pending therein, and any further hearing, findings, or order on the show-cause and contempt issues raised by that motion, as to the Debtors and as to Jordan W. Javier; and it is further

ORDERED, that nothing in this Order authorizes execution, garnishment, turnover, or any other enforcement of the Superior Court's rulings against property of the Debtors' estates, and any such enforcement shall remain subject to further order of this Court; and it is further

ORDERED, that this Order does not resolve, and does not limit the Court's authority later to resolve, whether appointment of a receiver or removal of the Debtors as debtors in possession under 11 U.S.C. § 1185(a) is warranted, and the Court reserves judgment on that question; and it is further

ORDERED, that this Order is effective immediately upon entry.

WE ASK FOR THIS:

/s/ Thomas A. Mauro
Thomas A. Mauro, D.C. Bar No. 184515
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003
Counsel for Kimberly Lin and Chi Ming Pun

Copies to: Recipients of e-notification of filings; and by first-class mail to Wanamaker Group, LLC, KCG MD, LLC, KCG VA, LLC, and Karma Home Designs, LLC, and proposed counsel for the Debtors, and the Office of the United States Trustee, in accordance with Local Bankruptcy Rule 4001-1(d).

END OF ORDER