Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD 21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Proposed Counsel for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC | : | Case No. 26-00376-ELG |
| KCG MD, LLC | : | Case No. 26-00377-ELG |
| KCG VA, LLC, | : | Case No. 26-00378-ELG |
| KARMA HOME DESIGNS, LLC | : | Case No. 26-00379-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Joint Administration Pending[1] |

**EXHIBIT FILED IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363 AND (III) SCHEDULING A FINAL HEARING**

Wanamaker Group, LLC ("Wanamaker"), Karma Home Designs, LLC ("Karma"), KCG MD, LLC ("KCG MD"), and KCG VA, LLC ("KCG VA," and, together with Wanamaker, Karma and KCG MD, the "Debtors"), hereby files this Interim Cash Collateral Budget in support of their *Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing* [D.E. 6], which is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Leah C. Freedman*
Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
Offit Kurman, P.A.

---

[1] Contemporaneously with this Motion, the Debtors (defined below) have filed a motion requesting the captioned cases (26-00376-ELG (Wanamaker), 26-00377-ELG (KCG MD), 26-00378-ELG (KCG VA), and 26-00379-ELG (Karma)) be jointly administered by the Court.

1

7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1756
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2026, a copy of the foregoing was served via email or facsimile as indicated below on:

Katharine Toledo
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314
katharine.i.toledo@usdoj.gov

Angela Shortall
348 Thompson Creek Mall, Suite 339
Stevensville, MD 21666
ashortall@3cubed-as.com

20 largest creditors listed on the attached.

*/s/ Leah C. Freedman*
Leah C. Freedman, Esq. (Fed Bar. MD21221)

Wanamaker Group, LLC – top 20

201 Ritchie Road LLC
3334 Kenilworth Avenue
Hyattsville, MD 20781
C/o Brent M. Ahalt
Email: Ahalt@mhlawyers.com

AA&S Home Improvement LLC
Attn: Armando Ramirez
17639 Duke St.
Dumfries, VA 22026
Email: homeimprovementaa.s@gmail.com

Capital One Bank
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285
Fax: 1-877-650-3528; Attn: CORR

District of Columbia
Office of Tax and Revenue
1101 4th Street, NW
Washington, DC 20024
Fax: (202) 442-6890

Duane Morris, LLP
901 New York Ave NW 700 E
Washington, DC 20001
Fax: 202-776-7801

Elan Financial
P.O. Box 6241
Sioux Falls, SD 57117
Email: elanfraud@elanfs.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Fax no: 844-250-2035

Jayson Portier
493 N. Armistead St
Alexandria, VA 22312
Email: jportier85@gmail.com

Jeremy Emmert
16 Quincy Pl NW
Washington, DC 20001
Email: jeremy.emmert16@gmail.com

Joe Freedman
C/o Steven Krieger Law
Attn: Steven A. Krieger
2200 Wilson Blvd, Suite 102
Arlington, VA 22201
Email: steven@stevenkriegerlaw.com

Kimberly Lin & Chi Ming Pun
C/o Mauro Law Offices, P.C.
Attn: Thomas A. Mauro, Esq.
700 Pennsylvania Avenue S.E., Suite 2039
Washington, DC 20003
Email: tmauro@tmaurolaw.com

Old Town Renovations
3609 Johnston Place
Alexandria, VA 22314
Email: oldtownrenos@gmail.com

Twin Air LLC
C/o Spyros Counsel LLC
Attn: Nicholas Spyros, Esq.
9117 Church St
Manassas, VA 20110
Email: Nick@spyroscounsel.com

Wells Fargo Bank, N.A.
800 Walnut Street
Des Moines, IA 50309-3605
Email: subpoenafax@wellsfargo.com

KCG MD, LLC

Comptroller of Maryland
Compliance Division
State Office Building
301 W. Preston Street, Room 203
Baltimore, MD 21201-2383
Comptroller@marylandtaxes.gov

Corporeal Visions Inc.
10229 Stillhouse Rd
Delaplane, VA 20144
Email: reid@cvistudios.com

Headway Capital, LLC
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604
support@headwaycapital.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Fax no: 844-250-2035

Jayson Portier
493 N. Armistead St
Alexandria, VA 22312
Email: jportier85@gmail.com

JNSJAV LLC
335 S. Biscayne Blvd., #1609
Miami, FL 33131
Email: jnsjavllc@gmail.com

KGRW & Associates LLC
3454 Ellicott Center Drive, Suite 107
Ellicott City, MD 21043
Email: robert.weaver@kg-rw.com>

PDC Construction
13910 Lyndhurst Dr.
Woodbridge, VA 22193
Email: darwinamador76@gmail.com

Premier Contractors, Inc.
140 W Lake St.
Bloomingdale, IL 60108
Email: gabriel@premierchi.com

Twin Air LLC
C/o Spyros Counsel LLC
Attn: Nicholas Spyros, Esq.
9117 Church St
Manassas, VA 20110
Email: Nick@spyroscounsel.com

Virtual Construction Management LLC
40 W Lake Street
Bloomingdale, IL 60108
Email: premierandroberto@gmail.com

WesBanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003
Email: Lorena.Vallejo@wesbanco.com

Window & Door Showplace
44845 Falcon PI #191
Sterling, VA 20166
Email: lpedrotti@wdshowplace.com

KCG VA, LLC

BK Electric
13897-K Willard Rd, Suite J
Chantilly, VA 20151
Email: estimator@bkelectric.net

Commonwealth of VA
VA Dept of Taxation
P.O. Box 1777
Richmond, VA 23218-1777
Fax: 804.254.6111

Hanover Landscapes & Masonry LLC
10677 Bristersburg Rd
Midland, VA 22728
Email: hanoverlandscapes92@gmail.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Fax no: 844-250-2035

Lucas Brown and Natalia Barnhart
C/o Stephen P. Zachary, Esq.
Nolan & Mroz, PLC
2301 Gallows Road, Suite 200
Dunn Loring, VA 22027
Email: lucasbrown1992@gmail.com
szachary@nmplc.com

M&J Exteriors LLC
2817 Raleigh Rd
Walkersville, MD 21793
Email: mjexteriorsfrederick@gmail.com

MGM Construction
2020 Rosewood Dr.
Waldorf, MD 20601
Email: mauro@mgmconstructionco.com

Peak Roofing Contractors, Inc.
6886 Wellington Rd
Manassas, VA 20109
Email: info@peakroofingcontractors.com

Premier Contractors, Inc.
140 W Lake St
Bloomingdale, IL 60108
Email: gabriel@premierchi.com

Solid Construction Inc
10803 Main Street, Ste 600
Fairfax, VA 22030
Email: info@thesolidconstruction.com

Twin Air LLC
C/o Spyros Counsel LLC
Attn: Nicholas Spyros, Esq.
9117 Church St
Manassas, VA 20110
Email: Nick@spyroscounsel.com

WesBanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003
Fax: 304-234-9241

Karma Home Designs, LLC

Alex Shkolnikov
12587 Fair Lakes Cir. Ste 302
Fairfax, VA 22033
Email: Ashkolnikov@gmail.com

District of Columbia
Office of Tax and Revenue
1101 4th Street, NW
Washington, DC 20024
Fax: (202) 442-6890

Installation Services by HCR, LLC
C/o Cotney Attorneys
4704 Harlan St., Ste 101
Denver, CO 80212
Email: abukowski@cotneycl.com

Kimberly Lin & Chi Ming Pun
C/o Mauro Law Offices, P.C.
Attn: Thomas A. Mauro, Esq.
700 Pennsylvania Avenue S.E., Suite 2039
Washington, DC 20003
Email: tmauro@tmaurolaw.com

Kinsale Insurance
2025 Staples Mill Rd
Richmond, VA 23230
Email: marketing@kinsaleins.com

Pepco
Corporate Correspondence
PO Box 97274
Washington, DC 20090-7274
Fax: (202) 872-3217

Premco Financial
9490 Almena Dr
Kalamazoo, MI 49009
Email: service@go-premco.com

Small Business Administration
409 3rd St, SW
Washington, DC 20416
Email: sba.administrator@sba.gov

Technology Insurance Company
8995 Westside Parkway
Alpharetta, GA 30009
Fax: 212-220-7130

4917-0721-5040, v. 3