*EXHIBIT A*

*CASH COLLATERAL BUDGET*

**KCG MD, LLC**
**Interim Cash Collateral Budget (July 24, 2026 – October 31, 2026)**

| | July 24-31 | Aug-26 | Sep-26 | Oct-26 |
|---|---|---|---|---|
| **Bank balance** | **$5,000.00** | **$9,512.75** | **$12,456.75** | **$14,900.29** |
| Income Source | | | | |
| Customer Receipts/All Job Categories | $76,725.00 | $306,900.00 | $306,900.00 | $306,900.00 |
| Closeout/Completed Work | $3,750.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| **Total Income** | **$80,475.00** | **$321,900.00** | **$321,900.00** | **$321,900.00** |
| | | | | |
| **Cost of Goods Sold (COGS)** | | | | |
| Contract Labor/Materials/Sub Pmts | $58,669.50 | $234,678.00 | $234,678.00 | $234,678.00 |
| Warranty Fulfillment | $385.50 | $1,542.00 | $1,542.00 | $1,542.00 |
| **Total COGS** | **$58,669.50** | **$236,220.00** | **$236,220.00** | **$236,220.00** |
| **Gross Profit** | **$21,805.50** | **$85,680.00** | **$85,680.00** | **$85,680.00** |
| | | | | |
| **Operating Expenses (Non-Payroll)** | | | | |
| Rent | $0.00 | $2,556.00 | $2,556.00 | $2,556.00 |
| Internet/Telephone | $0.00 | $700.00 | $700.00 | $700.00 |
| Transportation (Vehicle Loan) | $0.00 | $884.00 | $884.00 | $884.00 |
| Transportation (Repairs/Maintenance) | $125.00 | $500.00 | $500.00 | $500.00 |
| Transportation (Gas and Oil) | $356.25 | $1,425.00 | $1,425.00 | $1,425.00 |
| Transportation ((Airfare, Veh. Rental) | $25.00 | $100.00 | $100.00 | $100.00 |
| Transportation (Parking/Tolls) | $31.25 | $125.00 | $125.00 | $125.00 |
| Liability Ins. | $200.00 | $800.00 | $800.00 | $800.00 |
| Health Ins. | $0.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Automobile Ins. | $0.00 | $625.00 | $625.00 | $625.00 |
| Licenses and Registrations | $375.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Accounting/Bookkeeping | $1,125.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Legal (Non-bankruptcy) | $0.00 | $500.00 | $1,000.00 | $1,000.00 |
| Commissions | $1,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Dues/Subscriptions | $0.00 | $100.00 | $100.00 | $100.00 |
| Advertizing/Marketing | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Meals & Entertainment | $62.50 | $250.00 | $250.00 | $250.00 |
| Office Supplies | $25.00 | $100.00 | $100.00 | $100.00 |
| Shipping/Postage | $25.00 | $100.00 | $100.00 | $100.00 |
| Bank Charges | $62.50 | $250.00 | $250.00 | $250.00 |
| Quickbooks/Card Processing Fees | $375.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Information Systems/IT | $475.00 | $1,900.00 | $1,900.00 | $1,900.00 |
| Subchapter V Trustee Escrow Pmts | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| **Total Non-Payroll OpEx** | **$4,262.50** | **$30,615.00** | **$31,115.00** | **$31,115.00** |

**Payroll Expenses**

| | | | | |
|---|---|---|---|---|
| Contractor Wages | $9,925.00 | $39,700.00 | $39,700.00 | $39,700.00 |
| Employee Salaries & Wages | $2,884.50 | $11,538.00 | $11,538.46 | $11,538.46 |
| Payroll Taxes & Payroll Admin | $220.75 | $883.00 | $883.00 | $883.00 |
| **Total Payroll Expenses** | **$13,030.25** | **$52,121.00** | **$52,121.46** | **$52,121.46** |

**Total Operating Expenses**

| | | | | |
|---|---|---|---|---|
| Non-Payroll OpEx | $4,262.50 | $30,615.00 | $31,115.00 | $31,115.00 |
| Payroll Expenses | $13,030.25 | $52,121.00 | $52,121.46 | $52,121.46 |
| **Total Expenses** | **$17,292.75** | **$82,736.00** | **$83,236.46** | **$83,236.46** |

**Net Operating Income**

| | | | | |
|---|---|---|---|---|
| Net Operating Income | $4,512.75 | $2,944.00 | $2,443.54 | $2,443.54 |
| **Net Income** | **$4,512.75** | **$2,944.00** | **$2,443.54** | **$2,443.54** |

| | | | | |
|---|---|---|---|---|
| **Ending bank balance** | $9,512.75 | $12,456.75 | $14,900.29 | $17,343.83 |