Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD 21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Proposed Counsel for Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC | : | Case No. 26-00376-ELG |
| KCG MD, LLC | : | Case No. 26-00377-ELG |
| KCG VA, LLC, | : | Case No. 26-00378-ELG |
| KARMA HOME DESIGNS, LLC | : | Case No. 26-00379-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Joint Administration Pending |

---

### DISCLOSURE OF COMPENSATION PAID OR
### PROMISED TO ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b), the undersigned, Augustus T. Curtis, attorney for the Debtors, Wanamaker Group, LLC, KCG MD, LLC, KCG VA, LLC and Karma Home Designs, LLC, Debtors and debtors in possession (collectively, the "Debtors"), makes this statement setting forth the compensation paid or agreed to be paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the cases by the undersigned, and the source of such compensation.

1.  The Debtors have agreed to retain Augustus T. Curtis and Offit Kurman, P.A. ("Offit Kurman") as their counsel under general retainer.  Subject to the Court's approval, Offit Kurman's compensation will be primarily determined on the basis of prevailing hourly rates for the time expended by principal, associates, paralegals and legal assistants, plus reimbursement of all out-of-pocket expenses. Debtor KCG MD, LLC has paid to Offit Kurman a total of $30,000.00

for legal fees associated with the cases and a total of $6,952.00 for prepayment of the court filing fees.

2.      Offit Kurman has not shared or agreed to share any compensation to be received in this proceeding with any other person other than its members.

3.      In the one-year period prior to the commencement of this case, Offit Kurman did not provide legal services to the Debtors except for pre-petition services related to these Chapter 11 filings. Offit Kurman applied $14,081.00 of the retainer in payment of its fees for services rendered pre-petition and $6,952.00 (for the filing fees) for its prepetition costs. Offit Kurman is holding $15,919.00 as a security retainer for post-petition services, subject to application and allowance by this Court.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By:     */s/ Augustus T. Curtis*
        Augustus T. Curtis, Esq. (Bar No. 993228)
        Leah C. Freedman, Esq. (Fed Bar. MD21221)
        Offit Kurman, P.A.
        7501 Wisconsin Avenue, Suite 1000W
        Bethesda, MD 20814
        (240) 507-1756
        augie.curtis@offitkurman.com
        leah.freedman@offitkurman.com

        *Proposed Counsel for the Debtors*

4938-4754-8353, v. 4