Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD 21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1725
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Proposed Counsel for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC, et al. [1] | : | Case No. 26-00376-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Joint Administrated under |
| | : | Case No. 26-00376 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 5, 2026, I caused copies of the Scheduling Order, Docket No. 27, to be mailed via regular U.S. Mail, postage prepaid on all parties on the Court's attached mailing matrices for each of the named Debtors in these jointly administered cases.

Respectfully Submitted,

Date:   August 6, 2026

By:_____*/s/ Augustus T. Curtis*_____
Augustus T. Curtis, Esq. (Bar No. 993228)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
TEL:   (240) 507-1756
FAX:   (240) 507-1735
Email: Augie.curtis@offitkurman.com
*Proposed Attorneys for Debtor*

4898-1417-9269, v. 1

---

[1] The Debtors in the jointly administered bankruptcy proceedings are the following entities, with the last three digits of their respective bankruptcy case numbers in parentheses: Wanamaker Group, LLC ("Wanamaker") (376) Karma Home Designs, LLC ("Karma") (377), KCG MD, LLC ("KCG MD") (378), and KCG VA, LLC ("KCG VA") (379).