Label Matrix for local noticing
0090-1
Case 26-00376-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Aug  4 14:57:44 EDT 2026

Wanamaker Group, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

201 Ritchie Road LLC
3334 Kenilworth Avenue
Hyattsville, MD 20781-1011

AA&S Home Improvement LLC
Attn: Armando Ramirez
17639 Duke St.
Dumfries, VA 22026-2330

Barbara Waymack
1615 Suters Lane NW
Washington, DC 20007-2949

Camila Rodriguez & Aaron Gluck
5306 New Hampshire Ave NW
Washington, DC 20011-6602

Capital One Bank
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Catherine Rinehart Mello
3529 Pope St SE
Washington, DC 20020-2355

Corinne Douglas
4125 Harrison Street Northwest
Washington, DC 20015-1941

District of Columbia
Office of Tax and Revenue
1101 4th Street, NW
Washington, DC 20024

Dominick  Spinelli
618 Randolph St NW, Unit 1
Washington, DC 20011-5985

Duane Morris, LLP
901 New York Ave NW 700 E
Washington, DC 20001

Elan Financial
P.O. Box 6241
Sioux Falls, SD 57117-6241

Glynn Dial
4325 Iowa Ave NW
Washington, DC 20011-5601

Harvey Grossinger, Janel  Grosinger
1430 East Capitol Street Southeast
Washington, DC 20003

Herbert Dixon
1801 Plymouth St NW
Washington, DC 20012-2209

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jayden Park
1217 Division Ave NE
Washington, DC 20019-5520

Jayson Portier
493 N. Armistead St
Alexandria, VA 22312-2823

Jeremy Emmert
16 Quincy Pl NW
Washington, DC 20001-0910

Joe Freedman
C/o Steven Krieger Law
Attn: Steven A. Krieger
2200 Wilson Blvd, Suite 102
Arlington, VA 22201-3324

Jonathan Lloyd Jones
1112 8th St NE Unit 2
Washington, DC 20002-3623

Jordan Javier
4005 Anacostia Ave NE
Washington, DC 20019-1925

Julia & Kevin Thomas
1224 Carrollsburg Place SW
Washington, DC 20024-4108

Julia & Kevin Thomas
1224 Carrollsburg Place Southwest
Washington, DC 20024-4108

KCG MD, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

KCG VA, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Karma Home Designs, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Kimberly Lin & Chi Ming Pun
C/o Mauro Law Offices, P.C.
Attn: Thomas A. Mauro, Esq.
700 Pennsylvania Avenue S.E., Suite 2039
Washington, DC 20003-2493

Kip  Smith
2719 O St. NW
Washington, DC 20007-3128

Kip  Smith
3253 P ST NW
Washington, DC 20007-2756

Life Time Work
2902 Corporate Pl
Chanhassen, MN 55317-4560

Martin Amini
806 Upshur St NW
Washington, DC 20011-5837

McNamee Hosea, P.A.
Attn:  Brent Ahalt
6404 Ivy Lane, Ste 820
Greenbelt, MD 20770-1416

Monica Andrews & Christopher Toms
1614 Montague St. NW
Washington, DC 20011-2874

Old Town Renovations
3609 Johnston Place
Alexandria, VA 22314

Robert Lin
5325 42nd Pl NW
Washington, DC 20015-1935

Stephanie Stilson
114 15th St SE
Washington, DC 20003-1519

Steve Blankenship
2321 13th Pl NE
Washington, DC 20018-1109

Twin Air LLC
C/o Spyros Counsel LLC
Attn: Nicholas Spyros, Esq.
9117 Church St
Manassas, VA 20110-5434

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Wells Fargo Bank, N.A.
800 Walnut Street
Des Moines, IA 50309-3891

WesBanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003-3565

Yasmin Khan
1311 6th ST NW
Washington, DC 20001-3409

Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Augustus Curtis
Offit Kurman
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

Chi Ming Pun
700 Pennsylvania Avenue, SE
Unit 200
Washington, DC 20003-2493

Kimberly Lin
700 Pennsylvania Avenue, SE
Unit 200
Washington, DC 20003-2493

Leah C. Freedman
Offit Kurman
7501 Wisconsin Avenue Suite 1000W
Bethesda, MD 20814-6604

End of Label Matrix
Mailable recipients     49
Bypassed recipients      0
Total                   49