Label Matrix for local noticing
0090-1
Case 26-00377-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Aug  4 14:58:24 EDT 2026

KCG MD, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Ace Thompson
8106 Georgia Avenue, 300
Silver Spring, MD 20910-4991

Amanda and Tim Wilmot
1816 Norris Farm Place
Bryans Road, MD 20616

BASH
205 Winchester Beach Drive
Annapolis, MD 21409-5857

Charles Brevard
15007 Dunleigh Dr
Bowie, MD 20721-3276

Claris Achibi
6805 Red Top Rd
Takoma Park, MD 20912-5915

Comptroller of Maryland
Compliance Division
State Office Building
301 W. Preston Street, Room 203
Baltimore, MD 21201-2383

Corporeal Visions Inc.
10229 Stillhouse Rd
Delaplane, VA 20144-2146

Croydon Real Estate Holding LLC
4425 Mountain Rd
Pasadena, MD 21122-4521

David Cruz-Glaudemans
918 7th St NE
Washington, DC 20002-3612

Debo Adegboyega
4424 Chestnut Ln
Rockville, MD 20853

Delman Coates
4215 Steeds Grant Way
Fort Washington, MD 20744-1438

Dirk Aurin
14307 Delcastle Dr
Bowie, MD 20721-3210

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JNSJAV LLC
335 S. Biscayne Blvd., #1609
Miami, FL 33131-2327

Jayson Portier
493 N. Armistead St
Alexandria, VA 22312-2823

Jordan Javier
4005 Anacostia Ave NE
Washington, DC 20019-1925

KCG VA, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

KGRW & Associates LLC
3454 Ellicott Center Drive, Suite 107
Ellicott City, MD 21043-4130

Katonya Hayes-Hall
1720 Green Manor Dr
Nanjemoy, MD 20662

Mercy Fadoju
411 Commonwealth Ave
Catonsville, MD 21228-3015

Nikolaev Residence
5736 Bradley Boulevard
Bethesda, MD 20814-1038

PDC Construction
13910 Lyndhurst Dr.
Woodbridge, VA 22193-4335

Premier Contractors, Inc.
140 W Lake St.
Bloomingdale, IL 60108-1020

Twin Air LLC
C/o Spyros Counsel LLC
Attn: Nicholas Spyros, Esq.
9117 Church St
Manassas, VA 20110-5434

U-Haul
2727 North Central Avenue
Phoenix, AZ 85004-1158

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Virtual Construction Management LLC
40 W Lake Street
Bloomingdale, IL 60108

Wanamaker Group LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

WesBanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003-3565


Window & Door Showplace
44845 Falcon Pl #191
Sterling, VA 20166-9545

Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Augustus Curtis
Offit Kurman
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Headway Capital, LLC
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Wanamaker Group, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36