Label Matrix for local noticing
0090-1
Case 26-00378-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Aug  4 14:58:41 EDT 2026

KCG VA, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Adham Yusupov
1533 Crowell Road
Vienna, VA 22182-1514

Alejandro Castro
4600 Duke St #532
Alexandria, VA 22304-2519

Amalea Hijar Andrew
6829 Silver Ln
Annandale, VA 22003-6158

BK Electric
13897-K Willard Rd, Suite J
Chantilly, VA 20151-2947

Commonwealth of VA
VA Dept of Taxation
P.O. Box 1777
Richmond, VA 23218-1777

Croessmann & Westberg PC
Attn: Thomas W. Croessmann, Esq.
8000 Towers Crescent Dr #1575
Vienna, VA 22182-6240

Fox & Moghul
10509 Judicial Dr, Suite: 300
Fairfax, VA 22030-5117

Greg and Jessica Monin
806 N Greenbrier St.
Arlington, VA 22205-1134

Hanover Landscapes & Masonry LLC
10677 Bristersburg Rd
Midland, VA 22728

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jordan Wanamaker Javier
4005 Anacostia Ave NE
Washington, DC 20019-1925

KCG MD, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Lucas Brown and Natalia Barnhart
C/o Stephen P. Zachary, Esq.
Nolan & Mroz, PLC
2301 Gallows Road, Suite 200
Dunn Loring, VA 22027-1149

M&J Exteriors LLC
2817 Raleigh Rd
Walkersville, MD 21793-8006

MGM Construction
2020 Rosewood Dr,
Waldorf, MD 20601-3910

Nicole Jacques
713 Chalfonte Dr
Alexandria, VA 22305-1202

Peak Roofing Contractors, Inc.
6886 Wellington Rd
Manassas, VA 20109-2706

Premier Contractors, Inc.
140 W Lake St
Bloomingdale, IL 60108-1020

Seth Obed, Esq
OBED LAW
429 N. Saint Asaph St.
Alexandria, VA 22314-2317

Solid Construction Inc
10803 Main Street, Ste 600
Fairfax, VA 22030-4728

Twin Air LLC
C/o Spyros Counsel LLC
Attn: Nicholas Spyros, Esq.
9117 Church St
Manassas, VA 20110-5434

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Wanamaker Group, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

WesBanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003-3565

Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Augustus Curtis
Offit Kurman
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28