Label Matrix for local noticing
0090-1
Case 26-00379-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Aug  4 14:59:01 EDT 2026

AmTrust North America, Inc. on behalf of Tec
c/o Maurice Wutscher LLP
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122-5540

Karma Home Designs, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Alex Shkolnikov
12587 Fair Lakes Cir Ste 302
Fairfax, VA 22033-3822

AmTrust Financial Services, Inc.
59 Maiden Lane
New York, NY 10038-4502

AmTrust North America, Inc.
800 Superior Avenue, 21st Floor
Cleveland, OH 44114-2601

District of Columbia
Office of Tax and Revenue
1101 4th Street, NW
Washington, DC 20024

Installation Services by HCR, LLC
C/o Cotney Attorneys
4704 Harlan St., Ste 101
Denver, CO 80212-7411

Jordan Wanamaker Javier
4005 Anacostia Ave NE
Washington, DC 20019-1925

Kimberly Lin & Chi Ming Pun
C/o Mauro Law Offices, P.C.
Attn: Thomas A. Mauro, Esq.
700 Pennsylvania Avenue S.E., Suite 2039
Washington, DC 20003-2493

Kinsale Insurance
2025 Staples Mill Rd
Richmond, VA 23230-3108

(p)PEPCO
LEGAL SERVICES
PEPCO HOLDINGS INC
701 NINTH ST NW SUITE 1100
WASHINGTON DC 20068-0001

Premco Financial
9490 Almena Dr
Kalamazoo, MI 49009-9311

Small Business Administration
409 3rd St, SW
Washington, DC 20416-0002

Technology Insurance Company
8995 Westside Parkway
Alpharetta, GA 30009-4774

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Wanamaker Group, LLC
4005 Anacostia Ave NE
Washington, DC 20019-1925

Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Augustus Curtis
Offit Kurman
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pepco
Corporate Correspondence
PO Box 97274
Washington, DC 20090-7274

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19