The order below is hereby signed.

Signed: August 17 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC, et al [1] | : | Case No. 26-00376-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Joint Administrated under 26-00376 |

---

**ORDER DENYING MOTION OF CREDITORS KIMBERLY LIN AND CHI MING PUN TO AMEND THE INTERIM ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND CONTINUANCE OF ROUTINE ORDINARY COURSE TRANSACTIONS**

Having considered the motion (the "**Motion**") filed by creditors Kimberly Lin and Chi Ming Pun ("**Creditors**") to amend to the Court's Interim Order Authorizing Maintenance of Existing Bank Accounts and Continuance of Routine Ordinary Course Transactions [D.E. 30] entered July 31, 2026 and the opposition filed thereto by Wanamaker Group, LLC ("**Wanamaker**"), KCG MD, LLC ("**KCG MD**"), KCG VA, LLC ("**KCG VA**,"), and Karma

---

[1] The Debtors in the jointly administered bankruptcy proceedings are the following entities, with the last three digits of their respective bankruptcy case numbers in parentheses: Wanamaker Group, LLC ("Wanamaker") (376) Karma Home Designs, LLC ("Karma") (377), KCG MD, LLC ("KCG MD") (378), and KCG VA, LLC ("KCG VA") (379).

Home Designs, LLC ("**Karma**" and, together with Wanamaker, KCG MD and KCG VA, the "**Debtors**"), the Debtors and debtors-in-possession, and a hearing having been held on August 12, 2026 to consider the relief requested in the Motion, it is hereby:

ORDERED, that the Motion is DENIED.

WE ASK FOR THIS:

*/s/ Augustus T. Curtis*

Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Tel: (240) 507-1756 | Fax: (240) 507-1735
Email: augie.curtis@offitkurman.com
leah.freedman@offitkurman.com

CC:

Augustus T. Curtis, Esq.
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814

Katharine Toledo
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314

Angela Shortall
Subchapter V Trustee
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666

Thomas A. Mauro, Esq.
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E.
Suite 200
Washington, D.C. 20003

END OF ORDER