IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re, | : |
| WANAMAKER GROUP, LLC | : Case No. 26-00376-ELG |
| KCG MD, LLC | : Case No. 26-00377-ELG |
| KCG VA, LLC | : Case No. 26-00378-ELG |
| KARMA HOME DESIGNS, LLC | : Case No. 26-00379-ELG |
| Debtors. | : CHAPTER 11 (Subchapter V) |
| | : Jointly Administered under Case No. 26-00376- ELG |

**NOTICE OF MOTION AND NOTICE OF HEARING**
**AND NOTICE OF DEADLINE TO OBJECT**

PLEASE TAKE NOTICE that Creditors Kimberly Lin and Chi Ming Pun ("Movants") have filed the accompanying Motion for an Order Requiring Identification and Tracing of Cash Collateral Derived from Attached District of Columbia Receivables (the "Motion"), requesting entry of an order (a) requiring the Debtors, before sweeping any funds from a prepetition account into a debtor-in-possession account, to identify which, if any, of the funds to be swept are traceable to a District of Columbia account receivable identified, or required to be identified, under the Superior Court's Attachment Orders, and to serve such identification — including the date, source, and amount of each such deposit — on the United States Trustee, the Subchapter V Trustee, and counsel for Movants; (b) requiring the Debtors to provide the same identification, retroactive to

Thomas A. Mauro Bar No. 184515
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003
(202) 452-9865
tmauro@tmaurolaw.com
Counsel for Kimberly Lin and Chi Ming Pun

the Petition Date, for all deposits swept into the DIP accounts before entry of the order; and (c) granting such other and further relief as is just and proper.

PLEASE TAKE FURTHER NOTICE that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views, you or your attorney must file a written response, opposition, or request for hearing with the Clerk of the Bankruptcy Court, and you must mail or otherwise serve a copy on the undersigned counsel for Movants, **no later than September 4, 2026** — seventeen (17) days after the filing of the Motion. Any response or opposition must contain a complete specification of the factual and legal grounds upon which the Motion is opposed, and may be accompanied by a supporting memorandum, affidavits, or other documents.

PLEASE TAKE FURTHER NOTICE that if no timely response or opposition is filed, the Court may grant the relief requested in the Motion without a hearing, and the hearing date set forth below may be cancelled.

PLEASE TAKE FURTHER NOTICE that **a hearing on the Motion has been scheduled for Wednesday, September 9, 2026, at 10:00 a.m**. before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, in Courtroom 1, E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Unless otherwise ordered by the Court, parties may attend in person or virtually via Zoom for Government; Zoom information may be obtained by contacting Gunn_Hearings@dcb.uscourts.gov.

Thomas A. Mauro Bar No. 184515
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003
(202) 452-9865
tmauro@tmaurolaw.com
Counsel for Kimberly Lin and Chi Ming Pun

Respectfully submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro, Bar No. 184515
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003
(202) 452-9865; tmauro@tmaurolaw.com
Counsel for Kimberly Lin and Chi Ming Pun

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of August, 2026, a copy of the foregoing Notice of Motion and Notice of Hearing and Notice of Deadline to Object was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice, including proposed counsel for the Debtors, the Office of the United States Trustee, and the Subchapter V Trustee.

/s/ Thomas A. Mauro
Thomas A. Mauro