Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD 21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1725
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Proposed Counsel for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC, et al. [1] | : | Case No. 26-00376-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Jointly Administered |
| | : | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTIONS TO MOTION TO ASSUME EXECUTORY CONTRACTS WITH CERTAINTEED, LLC**

Wanamaker Group, LLC ("Wanamaker"), Karma Home Designs, LLC ("Karma"), KCG MD, LLC ("KCG MD"), and KCG VA, LLC ("KCG VA," and, together with Wanamaker, Karma and KCG MD, the "Debtors"), Debtors and debtors in possession in the above-captioned cases, have filed a Motion to Assume Executory Contracts With CertainTeed, LLC (the "Motion").

PLEASE TAKE NOTICE THAT ON OR BEFORE September 2, 2026, you must file and serve a written objection to the Motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing of a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append an opposing memorandum, affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial.

[1] The Debtors in the jointly administered bankruptcy proceedings are the following entities, with the last three digits of their respective bankruptcy case numbers in parentheses: Wanamaker Group, LLC ("Wanamaker") (376), Karma Home Designs, LLC ("Karma") (377), KCG MD, LLC ("KCG MD") (378), and KCG VA, LLC ("KCG VA") (379)

Respectfully submitted,

Dated: August 19, 2026

*/s/ Augustus T. Curtis*

Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1756
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com

*Proposed Counsel for the Debtors*

4931-6528-5065, v. 2