Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD 21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1725
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
***Proposed Counsel for Debtors***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **WANAMAKER GROUP, LLC, et al.** [1] | : | **Case No. 26-00376-ELG** |
| | : | |
| **Debtors.** | : | **CHAPTER 11 (Subchapter V)** |
| | : | **Jointly Administered** |
| | : | |

**CERTIFICATE OF SERVICE OF MOTION TO ASSUME EXECUTORY CONTRACTS WITH CERTAINTEED, LLC**

I hereby certify that copies of the **Motion to Assume Executory Contracts with CertainTeed, LLC, Notice** and **proposed Order** were served via first class United States Mail, postage prepaid, this 19th day of August, 2026, to the following creditors and contract/lease parties:

Mark Golman, Esq.
Phillips Murrah P.C.
Suite 900
3710 Rawlins Street
Dallas, TX 75219
*Counsel for CertainTeed, LLC*

(Pursuant to agreement to accept service, see attached)

Angela Shortall, Subchapter V Trustee
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666

[1] The Debtors in the jointly administered bankruptcy proceedings are the following entities, with the last three digits of their respective bankruptcy case numbers in parentheses: Wanamaker Group, LLC ("Wanamaker") (376), Karma Home Designs, LLC ("Karma") (377), KCG MD, LLC ("KCG MD") (378), and KCG VA, LLC ("KCG VA") (379)

<u>Office of the U.S. Trustee</u>

Katherine I. Toledo
Trial Attorney
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314

And to the 20 largest unsecured creditors in each of the jointly administered cases, listed on the attached list.

Dated: August 19, 2026

*/s/ Augustus T. Curtis*
Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1756
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com

*Proposed Counsel for the Debtors*

4935-0712-1609, v. 1

## Curtis, Augie

| | |
|---|---|
| **From:** | Golman, Mark E. <megolman@phillipsmurrah.com> |
| **Sent:** | Tuesday, August 18, 2026 9:19 PM |
| **To:** | Curtis, Augie |
| **Subject:** | RE: CertainTeed/Karma Motion to Assume. |

Apologies. Your email went into my spam folder – strange since I received other emails from you today. I will accept service for CertainTeed.

Celebrating 40 YEARS of Service

Mark Golman
Director

Phillips Murrah P.C. | Dallas | Suite 900
3710 Rawlins St | Dallas, TX 75219
D: 469.485.7333 | F: 214.434.1370 | C: 214.415.0675
megolman@phillipsmurrah.com | VCard | Profile

Disclaimer: The email communication and the documents accompanying this email communication contain information from the law firm of Phillips Murrah P.C., which communication and documents are intended to be for the use of the individual or entity named on this transmission email only and which may be confidential, privileged or attorney work product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is strictly prohibited. If you received this email in error, please notify us immediately by email or telephone at 214-434-1919 and delete this email and any attachments.

---

**From:** Curtis, Augie <augie.curtis@offitkurman.com>
**Sent:** Tuesday, August 18, 2026 4:14 PM
**To:** Golman, Mark E. <megolman@phillipsmurrah.com>
**Subject:** CertainTeed/Karma Motion to Assume.

**CAUTION:** This email originated from outside Phillips Murrah's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.

Mark. We are about to file the CertainTeed motion to assume. Can I serve it on you (versus serving on CertainTeed via a resident agent or corporate officer)? If not, could you give the name and address of an officer on whom I could serve the papers? Thanks, Augie.

**Augie Curtis**
Counsel
**D:** 240.507.1756
**E:** augie.curtis@offitkurman.com

Offit | Kurman®

offitkurman.com

**FREDERICK, MD**

30 West Patrick Street
Suite 300
Frederick, MD 21701

VIEW MY PROFILE

DOWNLOAD MY vCARD

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Wanamaker Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 201 Ritchie Road LLC<br>3334 Kenilworth Avenue<br>Hyattsville, MD 20781 | | former lease default | Disputed | | | $0.00 |
| AA&S Home Improvement LLC<br>Attn: Armando Ramirez<br>17639 Duke St.<br>Dumfries, VA 22026 | | subcontractor | | | | $6,955.00 |
| Capital One Bank<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | | credit card | | | | $99,000.00 |
| District of Columbia Office of Tax and Revenue<br>1101 4th Street, NW<br>Washington, DC 20024 | | notice purposes only | | | | Unknown |
| Duane Morris, LLP<br>901 New York Ave NW 700 E<br>Washington, DC 20001 | | legal services | | | | $10,523.17 |
| Elan Financial<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | | | | | | $727.47 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | notice purposes only | | | | Unknown |

Debtor **Wanamaker Group, LLC** Case number *(if known)* ____________
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jayson Portier<br>493 N. Armistead St<br>Alexandria, VA<br>22312 | | subcontractor | | | | $5,000.00 |
| Jeremy Emmert<br>16 Quincy Pl NW<br>Washington, DC<br>20001 | | balance of settlement of claim | | | | $40,000.00 |
| Joe Freedman<br>C/o Steven Krieger Law<br>Attn: Steven A. Krieger<br>2200 Wilson Blvd, Suite 102<br>Arlington, VA 22201 | | | | | | $42,925.62 |
| Kimberly Lin & Chi Ming Pun<br>C/o Mauro Law Offices, P.C.<br>Attn: Thomas A. Mauro, Esq.<br>700 Pennsylvania Avenue S.E., Suite 2039<br>Washington, DC<br>20003 | | judgment | | | | $388,104.00 |
| Old Town Renovations<br>3609 Johnston Place<br>Alexandria, VA<br>22314 | | | | | | $13,273.01 |
| Twin Air LLC<br>C/o Spyros Counsel LLC<br>Attn: Nicholas Spyros, Esq.<br>9117 Church St<br>Manassas, VA 20110 | | Judgment | | | | $31,151.00 |
| Twin Air LLC<br>C/o Spyros Counsel LLC<br>Attn: Nicholas Spyros, Esq.<br>9117 Church St<br>Manassas, VA 20110 | | Judgment | | | | $6,362.00 |
| Wells Fargo Bank, N.A.<br>800 Walnut Street<br>Des Moines, IA<br>50309-3605 | | credit card | | | | $1,215.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | KCG MD, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Comptroller of Maryland Compliance Division State Office Building 301 W. Preston Street, Room 203 Baltimore, MD 21201-2383 | | notice purposes only | | | | Unknown |
| Corporeal Visions Inc. 10229 Stillhouse Rd Delaplane, VA 20144 | | | | | | $45,000.00 |
| Headway Capital, LLC 175 W. Jackson Blvd., Suite 1000 Chicago, IL 60604 | | cash, inventory, equipment, accounts, deposit accounts, general intangibles | | $112,290.00 | Unknown | Unknown |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | notice purposes only | | | | Unknown |
| Jayson Portier 493 N. Armistead St Alexandria, VA 22312 | | | | | | $10,100.00 |
| JNSJAV LLC 335 S. Biscayne Blvd., #1609 Miami, FL 33131 | | business and personal loan | | | | $145,000.00 |
| KGRW & Associates LLC 3454 Ellicott Center Drive, Suite 107 Ellicott City, MD 21043 | | | | | | $18,000.00 |

Debtor **KCG MD, LLC** Case number *(if known)* ____________
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PDC Construction 13910 Lyndhurst Dr. Woodbridge, VA 22193 | | | | | | $7,000.00 |
| Premier Contractors, Inc. 140 W Lake St. Bloomingdale, IL 60108 | | loan agreement for debt settlement | | | | $33,971.46 |
| Twin Air LLC C/o Spyros Counsel LLC Attn: Nicholas Spyros, Esq. 9117 Church St Manassas, VA 20110 | | Judgment | | | | $31,151.00 |
| Twin Air LLC C/o Spyros Counsel LLC Attn: Nicholas Spyros, Esq. 9117 Church St Manassas, VA 20110 | | Judgment | | | | $6,362.00 |
| Virtual Construction Management LLC 40 W Lake Street Bloomingdale, IL 60108 | | | | | | $33,971.46 |
| WesBanco Bank, Inc. One Bank Plaza Wheeling, WV 26003 | | Negative balance on bank account | | | | $4,091.56 |
| Window & Door Showplace 44845 Falcon Pl #191 Sterling, VA 20166 | | | | | | $11,568.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | KCG VA, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BK Electric<br>13897-K Willard Rd, Suite J<br>Chantilly, VA 20151 | | | | | | $7,581.90 |
| Commonwealth of VA<br>VA Dept of Taxation<br>P.O. Box 1777<br>Richmond, VA 23218-1777 | | notice purposes only | | | | Unknown |
| Hanover Landscapes & Masonry LLC<br>10677 Bristersburg Rd<br>Midland, VA 22728 | | | | $9,219.00 | $0.00 | $9,219.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | notice purposes only | | | | Unknown |
| Lucas Brown and Natalia Barnhart<br>C/o Stephen P. Zachary, Esq.<br>Nolan & Mroz, PLC<br>2301 Gallows Road, Suite 200<br>Dunn Loring, VA 22027 | | judgment | | | | $31,156.00 |
| M&J Exteriors LLC<br>2817 Raleigh Rd<br>Walkersville, MD 21793 | | | | | | $1,500.00 |
| MGM Construction<br>2020 Rosewood Dr,<br>Waldorf, MD 20601 | | | | | | $4,500.00 |

Debtor **KCG VA, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Peak Roofing Contractors, Inc. 6886 Wellington Rd Manassas, VA 20109 | | Judgment | | | | $9,491.00 |
| Premier Contractors, Inc. 140 W Lake St Bloomingdale, IL 60108 | | loan agreement for debt settlement | Unliquidated | | | $0.00 |
| Solid Construction Inc 10803 Main Street, Ste 600 Fairfax, VA 22030 | | | | | | $6,227.70 |
| Twin Air LLC C/o Spyros Counsel LLC Attn: Nicholas Spyros, Esq. 9117 Church St Manassas, VA 20110 | | Judgment | | | | $31,151.00 |
| Twin Air LLC C/o Spyros Counsel LLC Attn: Nicholas Spyros, Esq. 9117 Church St Manassas, VA 20110 | | Judgment | | | | $6,362.00 |
| WesBanco Bank, Inc. One Bank Plaza Wheeling, WV 26003 | | Negative balance on bank account | | | | $1,134.62 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Karma Home Designs, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alex Shkolnikov<br>12587 Fair Lakes Cir Ste 302<br>Fairfax, VA 22033** | | **note** | | | | **$544,555.00** |
| **District of Columbia Office of Tax and Revenue<br>1101 4th Street, NW<br>Washington, DC 20024** | | **2021 taxes** | | | | **$12,009.00** |
| **Installation Services by HCR, LLC<br>C/o Cotney Attorneys<br>4704 Harlan St., Ste 101<br>Denver, CO 80212** | | | | | | **$41,674.00** |
| **Kimberly Lin & Chi Ming Pun<br>C/o Mauro Law Offices, P.C.<br>Attn: Thomas A. Mauro, Esq.<br>700 Pennsylvania Avenue S.E., Suite 2039<br>Washington, DC 20003** | | **judgment** | | | | **$388,104.00** |
| **Kinsale Insurance<br>2025 Staples Mill Rd<br>Richmond, VA 23230** | | | | | | **$6,070.00** |
| **Pepco<br>Corporate Correspondence<br>PO Box 97274<br>Washington, DC 20090-7274** | | **utility** | | | | **$1,951.00** |

Debtor **Karma Home Designs, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Premco Financial 9490 Almena Dr Kalamazoo, MI 49009 | | | | | | $1,169.00 |
| Small Business Administration 409 3rd St, SW Washington, DC 20416 | | all business personal property | | $132,399.00 | Unknown | Unknown |
| Technology Insurance Company 8995 Westside Parkway Alpharetta, GA 30009 | | workers comp audit | Disputed | | | $220,640.00 |