The order below is hereby signed.

Signed: August 17 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC, et al [1] | : | Case No. 26-00376-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Joint Administrated under 26-00376 |

**ORDER DENYING MOTION OF CREDITORS KIMBERLY LIN AND CHI MING PUN TO AMEND THE INTERIM ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND CONTINUANCE OF ROUTINE ORDINARY COURSE TRANSACTIONS**

Having considered the motion (the "**Motion**") filed by creditors Kimberly Lin and Chi Ming Pun ("**Creditors**") to amend to the Court's Interim Order Authorizing Maintenance of Existing Bank Accounts and Continuance of Routine Ordinary Course Transactions [D.E. 30] entered July 31, 2026 and the opposition filed thereto by Wanamaker Group, LLC ("**Wanamaker**"), KCG MD, LLC ("**KCG MD**"), KCG VA, LLC ("**KCG VA**,"), and Karma

[1] The Debtors in the jointly administered bankruptcy proceedings are the following entities, with the last three digits of their respective bankruptcy case numbers in parentheses: Wanamaker Group, LLC ("Wanamaker") (376) Karma Home Designs, LLC ("Karma") (377), KCG MD, LLC ("KCG MD") (378), and KCG VA, LLC ("KCG VA") (379).

Home Designs, LLC ("**Karma**" and, together with Wanamaker, KCG MD and KCG VA, the "**Debtors**"), the Debtors and debtors-in-possession, and a hearing having been held on August 12, 2026 to consider the relief requested in the Motion, it is hereby:

ORDERED, that the Motion is DENIED.

WE ASK FOR THIS:

*/s/ Augustus T. Curtis*
Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Tel: (240) 507-1756 | Fax: (240) 507-1735
Email: augie.curtis@offitkurman.com
leah.freedman@offitkurman.com

CC:

Augustus T. Curtis, Esq.
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814

Katharine Toledo
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314

Angela Shortall
Subchapter V Trustee
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666

Thomas A. Mauro, Esq.
Mauro Law Offices, P.C.
700 Pennsylvania Avenue, S.E.
Suite 200
Washington, D.C. 20003

END OF ORDER

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00376-ELG
Wanamaker Group, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Aug 18, 2026 Form ID: pdf001 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Wanamaker Group, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Chi Ming Pun, 700 Pennsylvania Avenue, SE, Unit 200, Washington, DC 20003, UNITED STATES 20003-2493 |
| cr | + | Kimberly Lin, 700 Pennsylvania Avenue, SE, Unit 200, Washington, DC 20003, UNITED STATES 20003-2493 |
| 812254 | + | AA&S Home Improvement LLC, Attn: Armando Ramirez, 17639 Duke St., Dumfries, VA 22026-2330 |
| 812255 | + | Barbara Waymack, 1615 Suters Lane NW, Washington, DC 20007-2949 |
| 812256 | + | Camila Rodriguez & Aaron Gluck, 5306 New Hampshire Ave NW, Washington, DC 20011-6602 |
| 812258 | + | Catherine Rinehart Mello, 3529 Pope St SE, Washington, DC 20020-2355 |
| 812259 | + | Corinne Douglas, 4125 Harrison Street Northwest, Washington, DC 20015-1941 |
| 812261 | + | Dominick Spinelli, 618 Randolph St NW, Unit 1, Washington, DC 20011-5985 |
| 812262 | | Duane Morris, LLP, 901 New York Ave NW 700 E, Washington, DC 20001 |
| 812264 | + | Glynn Dial, 4325 Iowa Ave NW, Washington, DC 20011-5601 |
| 812265 | | Harvey Grossinger, Janel Grosinger, 1430 East Capitol Street Southeast, Washington, DC 20003 |
| 812266 | + | Herbert Dixon, 1801 Plymouth St NW, Washington, DC 20012-2209 |
| 812268 | + | Jayden Park, 1217 Division Ave NE, Washington, DC 20019-5520 |
| 812269 | + | Jayson Portier, 493 N. Armistead St, Alexandria, VA 22312-2823 |
| 812270 | + | Jeremy Emmert, 16 Quincy Pl NW, Washington, DC 20001-0910 |
| 812271 | + | Joe Freedman, C/o Steven Krieger Law, Attn: Steven A. Krieger, 2200 Wilson Blvd, Suite 102, Arlington, VA 22201-3324 |
| 812272 | + | Jonathan Lloyd Jones, 1112 8th St NE Unit 2, Washington, DC 20002-3623 |
| 812273 | + | Jordan Javier, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812274 | + | Julia & Kevin Thomas, 1224 Carrollsburg Place SW, Washington, DC 20024-4108 |
| 812275 | + | Julia & Kevin Thomas, 1224 Carrollsburg Place Southwest, Washington, DC 20024-4108 |
| 812277 | + | KCG MD, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812278 | + | KCG VA, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812276 | + | Karma Home Designs, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812279 | + | Kimberly Lin & Chi Ming Pun, C/o Mauro Law Offices, P.C., Attn: Thomas A. Mauro, Esq., 700 Pennsylvania Avenue S.E., Suite 2039, Washington, DC 20003-2493 |
| 812280 | + | Kip Smith, 3253 P ST NW, Washington, DC 20007-2756 |
| 812281 | + | Kip Smith, 2719 O St. NW, Washington, DC 20007-3128 |
| 812282 | + | Life Time Work, 2902 Corporate Pl, Chanhassen, MN 55317-4560 |
| 812283 | + | Martin Amini, 806 Upshur St NW, Washington, DC 20011-5837 |
| 812284 | + | McNamee Hosea, P.A., Attn: Brent Ahalt, 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| 812285 | + | Monica Andrews & Christopher Toms, 1614 Montague St. NW, Washington, DC 20011-2874 |
| 812286 | | Old Town Renovations, 3609 Johnston Place, Alexandria, VA 22314 |
| 812287 | + | Robert Lin, 5325 42nd Pl NW, Washington, DC 20015-1935 |
| 812288 | + | Stephanie Stilson, 114 15th St SE, Washington, DC 20003-1519 |
| 812289 | + | Steve Blankenship, 2321 13th Pl NE, Washington, DC 20018-1109 |

| | | |
|---|---|---|
| 812290 | + | Twin Air LLC, C/o Spyros Counsel LLC, Attn: Nicholas Spyros, Esq., 9117 Church St, Manassas, VA 20110-5434 |
| 812293 | #+ | Yasmin Khan, 1311 6th ST NW, Washington, DC 20001-3409 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 18 2026 23:07:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 18 2026 23:04:15 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 18 2026 23:04:19 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 18 2026 23:07:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 18 2026 23:07:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 812257 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2026 23:14:28 | Capital One Bank, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 812260 | | Email/Text: angela.coleman@dc.gov | Aug 18 2026 23:07:00 | District of Columbia, Office of Tax and Revenue, 1101 4th Street, NW, Washington, DC 20024 |
| 812263 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 23:24:38 | Elan Financial, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 812267 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2026 23:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 812291 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Aug 18 2026 23:14:12 | Wells Fargo Bank, N.A., 800 Walnut Street, Des Moines, IA 50309-3891 |
| 812292 | + | Email/Text: Bankrupt-AdjDept@wesbanco.com | Aug 18 2026 23:07:00 | WesBanco Bank, Inc., One Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 812253 | ##+ | 201 Ritchie Road LLC, 3334 Kenilworth Avenue, Hyattsville, MD 20781-1011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Augustus Curtis | on behalf of Debtor In Possession Wanamaker Group LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Augustus Curtis | on behalf of Debtor In Possession KCG MD LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Augustus Curtis | on behalf of Debtor In Possession KCG VA LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Augustus Curtis | on behalf of Debtor In Possession Karma Home Designs LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Leah C. Freedman | on behalf of Debtor In Possession Wanamaker Group LLC leah.freedman@offitkurman.com, leahfreedman7501@gmail.com |
| Thomas A Mauro | on behalf of Creditor Kimberly Lin tmauro@tmaurolaw.com |
| Thomas A Mauro | on behalf of Creditor Chi Ming Pun tmauro@tmaurolaw.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 10