The order below is hereby signed.

Signed: August 26 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**Wanamaker Group, LLC, et al.,**[1]<br>**Debtor.** | **Case No. 26-00376-ELG**<br>**Chapter 11**<br>**Jointly Administered** |

## ORDER GRANTING EMERGENCY MOTION FOR SECOND EXTENSION OF TIME AND OVERRULING OBJECTION

Before the Court is the *Emergency Motion for Second Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents* (the "Motion") (ECF No. 53) timely filed by Wanamaker Group, LLC (the "Debtor"). A first extension to August 17, 2026 was granted pursuant to the *Order Extending Time* (the "First Extension Order") (ECF No. 40). Any party with an objection to the First Extension Order was required to both file an objection on or before August 12, 2026, and schedule a hearing. Creditors Kimberly Lin and Chi Ming Pun (together, the "Creditors") timely filed a *Notice of Objection* (the "Objection") to the First Extension Order on August 9, 2026, but did not schedule a hearing.

In the Motion, the Debtor requests a second extension of time through August 21, 2026 to file its summary of assets and liabilities, schedules, declaration, and statement of financial affairs (collectively, the "Schedules and Statements"). The Debtor subsequently filed the Schedules and

[1] The Debtors in this jointly administered proceeding are Wanamaker Group, LLC; KCG MD, LLC (No. 26-00377-ELG); KCG VA, LLC (No. 26-00378-ELG); and Karma Home Designs, LLC (No. 26-00379-ELG).

Statements on August 21, 2026.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Objection (ECF No. 45) is **OVERRULED**.

2. The Motion (ECF No. 53) is **GRANTED**.

3. The deadline for the Debtor to file the Schedules and Statements is extended through August 21, 2026.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.