The order below is hereby signed.

Signed: August 26 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**Wanamaker Group, LLC, et al.,**[1]<br>**Debtor.** | **Case No. 26-00376-ELG**<br>**Chapter 11**<br>**Jointly Administered** |

**ORDER GRANTING EMERGENCY MOTION FOR SECOND EXTENSION OF TIME AND OVERRULING OBJECTION**

Before the Court is the *Emergency Motion for Second Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents* (the "Motion") (ECF No. 53) timely filed by Wanamaker Group, LLC (the "Debtor"). A first extension to August 17, 2026 was granted pursuant to the *Order Extending Time* (the "First Extension Order") (ECF No. 40). Any party with an objection to the First Extension Order was required to both file an objection on or before August 12, 2026, and schedule a hearing. Creditors Kimberly Lin and Chi Ming Pun (together, the "Creditors") timely filed a *Notice of Objection* (the "Objection") to the First Extension Order on August 9, 2026, but did not schedule a hearing.

In the Motion, the Debtor requests a second extension of time through August 21, 2026 to file its summary of assets and liabilities, schedules, declaration, and statement of financial affairs (collectively, the "Schedules and Statements"). The Debtor subsequently filed the Schedules and

[1] The Debtors in this jointly administered proceeding are Wanamaker Group, LLC; KCG MD, LLC (No. 26-00377-ELG); KCG VA, LLC (No. 26-00378-ELG); and Karma Home Designs, LLC (No. 26-00379-ELG).

Statements on August 21, 2026.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Objection (ECF No. 45) is **OVERRULED**.

2. The Motion (ECF No. 53) is **GRANTED**.

3. The deadline for the Debtor to file the Schedules and Statements is extended through August 21, 2026.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00376-ELG
Wanamaker Group, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 4
Date Rcvd: Aug 26, 2026 Form ID: pdf001 Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Wanamaker Group, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Chi Ming Pun, 700 Pennsylvania Avenue, SE, Unit 200, Washington, DC 20003, UNITED STATES 20003-2493 |
| cr | + | Kimberly Lin, 700 Pennsylvania Avenue, SE, Unit 200, Washington, DC 20003, UNITED STATES 20003-2493 |
| 812254 | + | AA&S Home Improvement LLC, Attn: Armando Ramirez, 17639 Duke St., Dumfries, VA 22026-2330 |
| 813518 | + | Arya Structures LLC, 1725 I St NW Ste 300, Washington DC 20006-2423 |
| 812255 | + | Barbara Waymack, 1615 Suters Lane NW, Washington, DC 20007-2949 |
| 813519 | + | Base Construction LLC, 6502 Baja Way, Elkridge MD 21075-6658 |
| 812256 | + | Camila Rodriguez & Aaron Gluck, 5306 New Hampshire Ave NW, Washington, DC 20011-6602 |
| 812258 | + | Catherine Rinehart Mello, 3529 Pope St SE, Washington, DC 20020-2355 |
| 812259 | + | Corinne Douglas, 4125 Harrison Street Northwest, Washington, DC 20015-1941 |
| 813520 | + | Craig Pinto, 2215 Norbeck Rd, Silver Spring, MD 20906-1161 |
| 812261 | + | Dominick Spinelli, 618 Randolph St NW, Unit 1, Washington, DC 20011-5985 |
| 812262 | | Duane Morris, LLP, 901 New York Ave NW 700 E, Washington, DC 20001 |
| 813544 | + | Erika Fields, 4400 Douglas St NE, Washington DC 20019-2034 |
| 813521 | + | Floors on 14th, 1832 14th St, Washington DC 20009-4470 |
| 813522 | + | Flores Contractor Services, 8511 Zug Rd, Bowie, MD 20720-3626 |
| 812264 | + | Glynn Dial, 4325 Iowa Ave NW, Washington, DC 20011-5601 |
| 813523 | + | H&E Painting Services LLC, 5707 83rd Place, New Carrollton, MD 20784-2917 |
| 812265 | | Harvey Grossinger, Janel Grosinger, 1430 East Capitol Street Southeast, Washington, DC 20003 |
| 812266 | + | Herbert Dixon, 1801 Plymouth St NW, Washington, DC 20012-2209 |
| 813524 | + | Imperial Wallpaper Hanger, 7 N Zona St, Laurel, MD 20724-2512 |
| 813525 | + | J&J Contractor LLC, 3123 Graydon St, Falls Church, VA 22042-2710 |
| 813543 | + | JC Electrical Solutions Corp, 803 Irvington St #302, Oxon Hill, MD 20745-2832 |
| 812268 | + | Jayden Park, 1217 Division Ave NE, Washington, DC 20019-5520 |
| 812269 | + | Jayson Portier, 493 N. Armistead St, Alexandria, VA 22312-2823 |
| 812270 | + | Jeremy Emmert, 16 Quincy Pl NW, Washington, DC 20001-0910 |
| 812271 | + | Joe Freedman, C/o Steven Krieger Law, Attn: Steven A. Krieger, 2200 Wilson Blvd, Suite 102, Arlington, VA 22201-3324 |
| 812272 | + | Jonathan Lloyd Jones, 1112 8th St NE Unit 2, Washington, DC 20002-3623 |
| 812273 | + | Jordan Javier, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812274 | + | Julia & Kevin Thomas, 1224 Carrollsburg Place SW, Washington, DC 20024-4108 |
| 812275 | + | Julia & Kevin Thomas, 1224 Carrollsburg Place Southwest, Washington, DC 20024-4108 |
| 812277 | + | KCG MD, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812278 | + | KCG VA, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 813526 | + | KGRW & Associates LLC, 3454 Ellicott Center Dr Ste 107, Ellicott City, MD 21043-4130 |
| 812276 | + | Karma Home Designs, LLC, 4005 Anacostia Ave NE, Washington, DC 20019-1925 |
| 812279 | + | Kimberly Lin & Chi Ming Pun, C/o Mauro Law Offices, P.C., Attn: Thomas A. Mauro, Esq., 700 Pennsylvania Avenue S.E., Suite 2039, |

| | | |
|---|---|---|
| | | Washington, DC 20003-2493 |
| 812280 | + | Kip Smith, 3253 P ST NW, Washington, DC 20007-2756 |
| 812281 | + | Kip Smith, 2719 O St. NW, Washington, DC 20007-3128 |
| 813527 | + | LI Brothers Construction Juan, 1503 Kanawha St Apt 210, Hyattsville, MD 20783-4800 |
| 812282 | + | Life Time Work, 2902 Corporate Pl, Chanhassen, MN 55317-4560 |
| 813528 | + | Lopez Design LLC, 11502 Channing Drive, Silver Spring, MD 20902-2908 |
| 813529 | + | Luis & James Electric, 133 Webster St NW #6, Washington, DC 20011-7356 |
| 813517 | + | Luis Mejia, 5100 57th Ave. Apt 203, Bladensburg, MD 20710-1624 |
| 813530 | + | MG Contractors LLC, 2448 Kilpatrick Place, Dumfries, VA 22026-2537 |
| 813532 | + | MG Plumbing LLC, 111 Balmoral Dr. E, Oxon Hill, MD 20745-1014 |
| 813531 | + | MG Plumbing and Electrical LLC, 15829 Bradford Dr, Laurel, MD 20707-3264 |
| 812283 | + | Martin Amini, 806 Upshur St NW, Washington, DC 20011-5837 |
| 812284 | + | McNamee Hosea, P.A., Attn: Brent Ahalt, 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| 813533 | #+ | Mobile Mini Solutions, 901 South Bond St., Suite 600, Baltimore, MD 21231-3348 |
| 812285 | + | Monica Andrews & Christopher Toms, 1614 Montague St. NW, Washington, DC 20011-2874 |
| 813534 | + | Moretti Remodeling & Restoration LLC, 1464 Georgia Ave, Severn, MD 21144-2640 |
| 812286 | | Old Town Renovations, 3609 Johnston Place, Alexandria, VA 22314 |
| 813535 | + | R Flores Construction Services, LLC, 3418 Terrace CT Apt 1433, Alexandria, VA 22302-1233 |
| 813536 | + | Richardo Hendi, Arimse Architecture, 116 East Rosemont Ave, Alexandria, VA 22301-2326 |
| 812287 | + | Robert Lin, 5325 42nd Pl NW, Washington, DC 20015-1935 |
| 813537 | + | Scaffold Resource LLC, 9513 Lanham Severn Road, Lanham, MD 20706-2623 |
| 813538 | | Shape and Design Welding LLC, 1408 Richie Marboro Rd #C9, Upper Marlboro, MD 20772 |
| 813539 | + | Southland Insulators, 8521 Quarry Road, Manassas, VA 20110-5314 |
| 812288 | + | Stephanie Stilson, 114 15th St SE, Washington, DC 20003-1519 |
| 812289 | + | Steve Blankenship, 2321 13th Pl NE, Washington, DC 20018-1109 |
| 812290 | + | Twin Air LLC, C/o Spyros Counsel LLC, Attn: Nicholas Spyros, Esq., 9117 Church St, Manassas, VA 20110-5434 |
| 813541 | + | USA Pro Floors and Moretti Remodeling, 1464 Georgia Ave, Severn, MD 21144-2640 |
| 813542 | + | William Welding LLC, 1940 15th St NW, Washington DC 20009-3939 |
| 812293 | #+ | Yasmin Khan, 1311 6th ST NW, Washington, DC 20001-3409 |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 26 2026 23:16:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 26 2026 23:13:13 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 26 2026 23:13:15 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 26 2026 23:16:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 26 2026 23:16:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 812257 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 23:24:33 | Capital One Bank, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 813606 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 23:24:41 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 813589 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 23:24:28 | Capital One N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe AVenue, Oklahoma City, OK 73118-7901 |
| 812260 | | Email/Text: angela.coleman@dc.gov | Aug 26 2026 23:16:00 | District of Columbia, Office of Tax and Revenue, 1101 4th Street, NW, Washington, DC 20024 |
| 812263 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 23:24:42 | Elan Financial, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 812267 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2026 23:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 812291 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Aug 26 2026 23:24:27 | Wells Fargo Bank, N.A., 800 Walnut Street, Des Moines, IA 50309-3891 |
| 813280 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 26 2026 23:24:41 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 812292 | + | Email/Text: Bankrupt-AdjDept@wesbanco.com | Aug 26 2026 23:16:00 | WesBanco Bank, Inc., One Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 812253 | ##+ | 201 Ritchie Road LLC, 3334 Kenilworth Avenue, Hyattsville, MD 20781-1011 |
| 813540 | ##+ | Tejjy Inc, 1801 Research Blvd Ste 110, Rockville, MD 20850-3172 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Augustus Curtis | on behalf of Debtor In Possession Wanamaker Group LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Augustus Curtis | on behalf of Debtor In Possession KCG MD LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Augustus Curtis | on behalf of Debtor In Possession KCG VA LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Augustus Curtis | on behalf of Debtor In Possession Karma Home Designs LLC augie.curtis@offitkurman.com, mmargulies@offitkurman.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Leah C. Freedman | on behalf of Debtor In Possession Wanamaker Group LLC leah.freedman@offitkurman.com, leahfreedman7501@gmail.com |

| | |
|---|---|
| Thomas A Mauro | on behalf of Creditor Kimberly Lin tmauro@tmaurolaw.com |
| Thomas A Mauro | on behalf of Creditor Chi Ming Pun tmauro@tmaurolaw.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 10