The order below is hereby signed.

Signed: September 15 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WANAMAKER GROUP, LLC, et al. [1] | : | Case No. 26-00376-ELG |
| | : | |
| Debtors. | : | CHAPTER 11 (Subchapter V) |
| | : | Joint Administrated |
| | : | |

**ORDER GRANTING MOTION TO ASSUME EXECUTORY CONTRACTS WITH CERTAINTEED, LLC**

Upon the *Motion to Assume Executory Contracts with CertainTeed, LLC* (the "Motion to Assume") filed by the above-captioned debtors and debtors in possession (the "Debtors"), and the Court finding that assumption of the agreements referenced in the Motion to Assume is appropriate pursuant to 11 U.S.C. § 365 and is supported by the Debtors' business judgment, and good and sufficient cause being found to grant the relief requested, the United States Bankruptcy Court for the District of Columbia finds and orders as follows:

[1] The Debtors in the jointly administered bankruptcy proceedings are the following entities, with the last three digits of their respective bankruptcy case numbers in parentheses: Wanamaker Group, LLC ("Wanamaker") (376) Karma Home Designs, LLC ("Karma") (377), KCG MD, LLC ("KCG MD") (378), and KCG VA, LLC ("KCG VA") (379)

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), and (O). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has authority to enter a final order on the Motion. The statutory predicates for the relief granted herein are sections 105(a) and 365 of title 11 of the United States Code (the "Bankruptcy Code").

B. The agreements referenced in the Motion to Assume are executory contracts within the meaning of section 365 of the Bankruptcy Code.

C. Assumption of the agreements referenced in the Motion to Assume represents a sound exercise of the Debtors' business judgment and is in the best interests of the Debtors, their estates, creditors, and all parties in interest.

D. The Debtors have provided adequate assurance of future performance under the CertainTeed agreements within the meaning of section 365(b)(1)(C).

E. The relief granted herein is appropriate under sections 105(a) and 365 of the Bankruptcy Code.

Accordingly, it is hereby **ORDERED that:**

1. The Motion to Assume is **GRANTED**.

2. Pursuant to section 365(a) of the Bankruptcy Code, Debtor KCG MD is authorized to assume that certain One Precision Assemblies ("OPA") agreement entered into between KCG MD and CertainTeed LLC ("CertainTeed") on or about August 13, 2025, between KCG MD and CertainTeed for construction of a prefabricated residential structure in Bryans Road, Maryland.

3. Pursuant to section 365(a) of the Bankruptcy Code, Debtor KCG MD is authorized to assume that certain letter agreement entered into on or about April 14, 2026 for OPA architectural and engineering services in connection with a KCG MD construction project in [•].

4. Pursuant to section 365(a) of the Bankruptcy Code, Debtor KCG MD is authorized to assume that certain letter agreement entered into on or about [•] for OPA architectural and engineering services in connection with a KCG MD construction project in [•].

5. The Debtor is authorized to take all actions necessary or appropriate to implement and effectuate the terms of this Order and carry out its obligations under the CertainTeed agreements.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

WE ASK FOR THIS:

*/s/ Augustus T. Curtis*
Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Tel: (240) 507-1756 | Fax: (240) 507-1735
Email: augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Proposed Counsel for the Debtors*

*SEEN AND CONSENTED TO:*

*/s/ Mark Golman*
Mark Golman, Esq.
Phillips Murrah P.C.
3710 Rawlins Street, Suite 900
Dallas, TX 75219
Tel: 469.485.7333 | Fax: 214.434.1370
megolman@phillipsmurrah.com
*Counsel to CertainTeed, LLC*

CC:

END OF ORDER